**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LOIS K. CHARTRAND,**

        **Plaintiff,**

**v.**                                            **Case No. 8:06-cv-149-T-17TBM**

**NAPLES SAILING AND**
**YACHT CLUB, INC.,**

        **Defendant.**

                                        /

## **O R D E R**

THIS MATTER is before the court on **Defendant's Motion to Compel Better Production of Documents and Incorporated Memorandum of Law** (Doc. 8). By its motion, Defendant seeks an Order, pursuant to Fed. R. Civ. P. 37, compelling the production of documents responsive to its First Request for Production and documents referenced in Plaintiff's answers to its First Set of Interrogatories which Plaintiff agreed to produce in lieu of answering certain interrogatories.[1] Defendant asserts that although it agreed on several occasions to give Plaintiff additional time to provide the documents, Plaintiff has failed to do so. Defendant also seeks the fees and costs associated with its instant motion. Plaintiff responds that she is now in possession of the documents responsive to this discovery and she requests that the court allow her until September 22, 2006, to remit copies of the same to Defendant. Plaintiff alleges that she did not intend to delay production of the documents but was out of town on a family matter and was unable to gather the documents in a timely manner. (Doc. 11). On September 25, 2006, Defendant filed notice of Plaintiff's failure to

---

[1]Defendant states that these discovery requests were served on May 12, 2006.

provide the documents on September 22, 2005.  (Doc. 12).  Defendant states that as of the

date and time of filing its notice, Plaintiff still had not provided the documents.

Upon consideration, **Defendant's Motion to Compel Better Production of**

**Documents and Incorporated Memorandum of Law** (Doc. 8) is **GRANTED** to the extent

that Plaintiff shall, within <u>five (5) days</u> from the date of this Order, provide Defendant with

copies of all documents responsive to the above requests or make such available for copying

and inspection at a time mutually agreeable to both parties within that same time frame.

Defendant's request for fees and costs also is **DENIED without prejudice** should Plaintiff

fail to timely comply with this Order.

**Done and Ordered** in Tampa, Florida, this 26th day of September 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:
Counsel of Record

2